IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY ALVIN,
    Petitioner

vs.                       CIVIL ACTION NO. 1:CV-01-0286

D. L. HOBBS, Warden,
    Respondent

FILED
HARRISBURG, PA
MAR 09 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>O R D E R</u>

AND NOW, this 9th day of March, 2001, upon consideration of the Defendant's petition under 28 U.S.C. § 2241, it is ordered that:

    1. The Clerk of Court shall serve a copy of the petition on the United States Attorney.

    2. Within twenty days of the date of this order the government shall file a response showing why the relief requested in the petition should not be granted.

    3. The Defendant shall thereafter have fifteen days from his receipt of the government's response to file a reply brief.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)