**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
MAR 1 2 2001

C. Signature
X _[signature]_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney in Pennsylvania
Honorable David Barash
P.O. Box 11754
Harrisburg, PA. 17108

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7006 0520 0023 0168 0170

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**FILED**
HARRISBURG, PA

MAR 27 2001

MARY E. D'ANDREA
Per _[signature]_
Deputy

1-01-CV-286
S. Cause U.
3-9-01